IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENDA LEE SNEED,

                Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

                Defendant.

8:13-CV-50

MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  On February 14, 2013, the Court granted plaintiff leave to proceed in forma pauperis. Filing 4. The Court directed the Clerk's Office to send plaintiff three blank summons forms and three copies of Form 285 for use in completing service of process on the United States. The Court's order further stated that plaintiff was required to effect service of process no later than 120 days after the complaint was filed. The record reflects that the Clerk's Office sent these forms to plaintiff on the following day.

The record also shows that plaintiff has not completed service of process. Where service has not been completed within 120 days after the filing of the complaint, the Court may, on its own motion, dismiss the action without prejudice or order that service be made within a specified time, provided that the plaintiff is first notified. Fed. R. Civ. P. 4(m). Additionally, if a plaintiff shows there was "good cause" for the failure to complete service in a timely fashion, the Court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m); *Adams v. AlliedSignal Gen. Aviation Avionics*, 74 F.3d 882, 887 (8th Cir. 1996).  Accordingly,

IT IS ORDERED:

1.    Plaintiff shall have until August 15, 2013, to complete service of process or to show cause why this case should not be dismissed for her failure to effect service of process. If plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2.      The clerk's office is directed to set a pro se case management deadline with the following text: August 15, 2013:   deadline for plaintiff to show cause why service of process was not completed.

Dated this 15th day of July, 2013.

BY THE COURT:

_____

John M. Gerrard
United States District Judge

## Notice Regarding Federal Rule of Civil Procedure 4(i)

Federal Rule of Civil Procedure 4(i) regarding "Serving the United States and Its Agencies, Corporations, Officers, or Employees," states:

(1) *United States*. To serve the United States, a party must:

    (A)(i)  deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

    (ii)  send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

    (B)  send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

    (C)  if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity*. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) *Officer or Employee Sued Individually*. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

(4) *Extending Time*. The court must allow a party a reasonable time to cure its failure to:

    (A)  serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

    (B)  serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.